1
2
3                                          *E-Filed 10/15/10*
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12   PHONG K. NGUYEN,                       No. C 10-3191 RS (PR)

13              Petitioner,                 **ORDER STAYING PETITION**

14      v.

15   A. HEDGPETH, Warden,

16              Respondent.
                                        /
17

18        This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28

19   U.S.C. § 2254.  The petition challenges convictions on eight counts of forcible lewd acts with

20   a minor received in 2006 in an Alameda County Superior Court.  The petition contains two

21   claims petitioner asserts have been exhausted.  Petitioner now moves for a stay of the petition

22   while he exhausts two other claims in the state courts.  (*See* Docket No. 1.)

23        A federal district court has discretion to hold a fully exhausted petition in abeyance

24   pending exhaustion of other claims.  *See Calderon v. United States Dist. Court (Taylor)*, 134

25   F.3d 981, 987–88 (9th Cir. 1998).  Granting a stay is appropriate where there is no intention

26   on the part of the petitioner to delay or harass and in order to avoid piecemeal litigation.  *Id.*

27   at 988 n. 11.

28

**United States District Court**
For the Northern District of California

1      Here, petitioner has shown good cause for a stay.  Specifically, petitioner has stated

2 that the unexhausted claims are pending in state court.  (The Court makes no comment at this

3 time on whether these unexhausted claims will in fact be cognizable on, or timely-filed for

4 purposes of, federal habeas review.  Such a determination will be made when petitioner

5 amends his petition to add the newly-exhausted claims.)  It appears also that petitioner has

6 not engaged in dilatory tactics.  Under such circumstances, petitioner's motion for a stay is

7 GRANTED.

8      Nothing further will take place in this action until the Court decides further action is

9 appropriate, or until petitioner exhausts the unexhausted claims and, within thirty days of

10 doing so, moves to reopen this action, moves to lift the stay, and amend his petition to add

11 the new claims.

12      The Clerk shall ADMINISTRATIVELY CLOSE the file pending the stay of

13 this action.

14      **IT IS SO ORDERED**.

15 DATED:  October 14, 2010

16                           RICHARD SEEBORG
                           United States District Judge

No. C 10-3191 RS (PR)
ORDER STAYING PETITION